IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHY SWAIN, | ) | |
| | ) | 4:09CV3064 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| WYETH PHARMACEUTICALS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff's initial complaint was filed on March 26, 2009, and her amended complaint was filed on April 1, 2009. Summons were issued on July 14, 2009. However, based on the court's record, the defendant was never served and has not entered an appearance. Accordingly,

IT IS ORDERED that the plaintiff is given until October 29, 2009 to show cause why her complaint should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution, in the absence of which plaintiff's claims will be dismissed without further notice.

DATED this 20th day of October, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge