IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHY SWAIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3064 |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| WYETH PHARMACEUTICALS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

Upon review of the plaintiff's response to the court's order to show cause, (filing no. 17),

IT IS ORDERED:

1) The plaintiff has shown sufficient cause, and this case is not currently subject to dismissal for want of prosecution.

2) The plaintiff is given until November 25, 2009 to file a proof of service indicating the defendant has been served with plaintiff's complaint. See, Fed. R. Civ. P. 4(l).

Dated this 9th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge